IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CYNTHIA GIVENS,                                                   Civil Action File No.

        Plaintiff,

v.

WAL-MART STORES EAST, LP,
JOHN DOE NOS. 1 - 10

        Defendants.
_____/

## NOTICE OF REMOVAL

COMES NOW Wal-Mart Stores East, LP named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant Wal-Mart Stores East, LP in the State Court of Bibb County, Georgia, which is within the Macon Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 17-C-04642-6. Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on August 15, 2017.  Defendant Wal-Mart Stores East, LP received service of summons and a copy of the Complaint on August 22, 2017 and Defendant timely answered the Complaint.   The Complaint alleges only that Plaintiff incurred medical expenses "in excess of $9,000, as well as lost wages", but provides no additional information regarding the amount of recovery sought by Plaintiff.

3.

On September 26, 2017, Plaintiff served responses to Defendant's First Interrogatories and Requests for Production of Documents.   Plaintiff's Responses identify $10,786.12 in past medical expenses sought by Plaintiff <u>plus $230,000 for future surgery</u>, which Plaintiff contends was a result of the incident at Wal-Mart.  (Plaintiff's Response to Interrogatory No. 1).   A true and correct copy of Plaintiff's Interrogatory Responses is attached hereto as Exhibit "A" and incorporated herein by reference.  Defendant Wal-Mart Stores East, LP files this notice of Removal within thirty (30) days after service of Plaintiff's Interrogatory Responses, which was the first time Defendant received notice that more than $75,000 was in controversy in this action and that the action was removable under 28 U.S.C. §§ 1332 and 1441.

4.

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner.  WSE Management LLC is organized in Delaware.  WSE Investment, LLC is organized in Delaware. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, which is organized in Arkansas, and the sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc.  The principal place of business of all the above-identified limited liability companies is in Arkansas.    Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business located in the State of Arkansas.  Neither Wal-Mart Stores, Inc. nor any of the limited liability companies or limited partnerships named above were citizens of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 702 SW 8th Street, Bentonville, Arkansas 72716.

5.

Cynthia Givens is a citizen of the State of Georgia.

6.

Complete diversity of citizenship exists between Plaintiff and Defendant.

7.

Plaintiff claims past medical expenses of $10,786.12 and future medical expenses exceeding $230,000, thereby meeting the jurisdictional requirement for federal subject matter jurisdiction.  See Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b));  Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000);  Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929 (W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014); Devezin v. Wal-Mart Stores East, LP, Civil Action No. 1:134-CV-3721 (CAP) (N.D.Ga February 20, 2015); Peterman v.  Wal-Mart Stores, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); Farley v. Variety Wholesalers, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013).  The amount in controversy, exclusive of interest and costs, exceeds $75,000.

8.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

9.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "B" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Bibb County, Georgia for the above-styled case.

10.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

11.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Bibb County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant Wal-Mart Stores East, LP prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Georgia, Macon Division.

                         McLAIN & MERRITT, P.C.

                         */s/ Ernest L. Beaton, IV*
                         Ernest L. Beaton, IV
                         Georgia State Bar No. 213044
                         Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 364-3138 (Fax)
bhill@mmatllaw.com


      The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                         */s/ Ernest L. Beaton, IV*
                         Ernest L.Beaton, IV

**CERTIFICATE OF SERVICE**

This is to certify that on October 12, 2017, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                              McLAIN & MERRITT, P.C.

                                              */s/ Ernest L. Beaton, IV*
                                              Ernest L. Beaton, IV
                                              Georgia State Bar No. 213044
                                              Attorneys for Defendant
                                              Wal-Mart Stores, Inc.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com