IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CYNTHIA GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | |
| WAL-MART STORES EAST, LP | ) | 5:17-CV-00389-MTT |
| JOHN DOES NOS. 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Wal-Mart Stores East, LP (hereinafter the "Defendant") and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court to enter a summary judgment in its favor. In support hereof, Defendant shows the Court the following:

1. Defendant shows that there is no genuine issue as to any material fact, and that Defendant is entitled to judgment in its favor as a matter of law.

2. In support of this Motion for Summary Judgment, Defendant Relies upon the following:

   a. Plaintiff's complaint and Defendant's Answer;

   b. Defendant's Statement of Material and Undisputed Facts and all exhibits in the Court's record or attached hereto including Exhibits:

   A. Deposition of Plaintiff Cynthia Givens

1

    B. Declaration of Donald Davis

    C. Declaration of Richard Cambell

    D. Declaration of Gidget Peck

    E. Video

c. Brief in Support of this Motion for Summary Judgment

d. All other competent and admissible evidence timely made a part of the record and those facts of which the court may take judicial notice.

WHEREFORE, Defendant respectfully requests that the Court GRANT this Motion for Summary Judgment and that it be discharged from this action.

Submitted this 28th day of December, 2018

                                              McLAIN & MERRITT

                                              /s/ Ernest L. Beaton IV
                                              Ernest L. Beaton
                                              Georgia Bar No. 213044
                                              Attorney for Defendant
                                              Wal-Mart Stores East, L.P.

3445 Peachtree Road N.E.
Suite 500
Atlanta, GA 30326-3240
(404) 266-9171

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, I electronically filed **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

This the 28th day of December, 2018.

                                          McLAIN & MERRITT, P.C.

                                          */s/ Ernest L. Beaton, IV*
                                          Ernest L. Beaton, IV
                                          Georgia Bar No. 213044
                                          Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404)  266-9171
ebeaton@mmatllaw.com