IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CYNTHIA GIVENS, | Civil Action File No. |
| | 5:17-CV-389-MTT |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP AND JOHN DOES NOS. 1-10, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff and Defendant, and, pursuant to Federal Rule 41(a)(1)(A)(ii), by stipulation and consent of all parties, hereby dismiss her Complaint without prejudice. The parties stipulate and agree that all subsequent re-filings of Plaintiff's Complaint shall be in the United States District Court, Middle District of Georgia, Macon Division only. Plaintiff understands that Defendant is consenting to a dismissal without prejudice based upon Plaintiff's stipulation and agreement that the United States District Court, Middle District of Georgia, Macon Division will have exclusive jurisdiction over any re-filed complaint. Plaintiff stipulates and agrees that she will do nothing in any re-filed action to divest the United States District Court, Middle District of Georgia, Macon Division of diversity jurisdiction, and that she will not name non-diverse parties in any re-filed complaint. Plaintiff stipulates and agrees that

1

prior to any refiling of any suit based upon the claims set forth herein, Plaintiff shall pay costs incurred by Defendant in this action as set forth in 28 U.S.C. § 1920.

This 14th day of January, 2020.

FILED AND CONSENTED TO BY:


*/s/ David Dorer*
David Dorer, Esq.
The Dozier Law Firm, LLC
Georgia Bar No. 228898
327 Third Street
Macon, GA 31202
(478) 742-8441
*Attorney for Plaintiff*


*/s/ Ernest L. Beaton, IV*
Ernest L. Beaton, IV
Georgia Bar No. 213044
McLain & Merritt, PC
3445 Peachtree Road, N.E.
Suite 500
Atlanta, Georgia 30326
(404) 365-4552
*Attorney for Defendant*